**J. W. MERWIN v. STATE.   (No. 11533.)**

Court of Criminal Appeals of Texas.   Dec. 21, 1927.

Appeal from District Court, Hartley County; Reese Tatum, Judge.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J.   Appellant was convicted for possessing intoxicating liquor for the purpose of sale, and his punishment assessed at one year in the penitentiary.   He has filed his affidavit in this court requesting permission to withdraw his appeal.

Complying with appellant's wishes, the appeal is ordered dismissed.